AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Sandra Lee Hodges

)
) Case: 1:24-mj-00031
) Assigned To : Judge Moxila A. Upadhyaya
) Assign. Date : 1/26/2024
) Description: COMPLAINT W/ARREST WARRANT
)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sandra Lee Hodges,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Date: 01/26/2024

*Issuing officer's signature*

City and state: Washington, D.C.        Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/26/2024, and the person was arrested on *(date)* 2/1/2024
at *(city and state)* HERTFORD, NC

Date: 2/1/2024

*Arresting officer's signature*

CHRISTOPHER A. HEALSS
*Printed name and title*