**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 24-CR-152 (CKK)** |
| **v.** | : | **40 U.S.C. § 5104(e)(2)(D), (G)** |
| **SANDRA LEE HODGES,** | : | |
| **Defendant.** | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Sandra Lee Hodges, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

***The Attack at the U.S. Capitol on January 6, 2021***

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

***The Defendant's Participation in the January 6, 2021, Capitol Riot***

8. Sandra Lee Hodges drove from her home in Hertford, North Carolina to Washington, DC. She stayed at the Mandarin Oriental Hotel in downtown Washington, DC between January 5 and January 7, 2021.

9. On January 6, 2021, Hodges wore a red hat with "Trump 2020 Keeping America Great" in black and white writing, glasses, a blue puffer jacket over a white sweater, and blue jeans. She also carried a black backpack. Image 1 below depicts Hodges on Capitol grounds on January 6, 2021.



*Image 1: Sandra Lee Hodges (circled) on restricted Capitol grounds*

10. At approximately 2:12 p.m. on January 6, 2021, Hodges joined the crowd massing in the West Plaza of the Capitol grounds. Hodges stood near the front line of barricades, which was defended by officers of the Metropolitan Police Department. Hodges watched rioters wrestle over those barricades with police, as depicted in a still image from a publicly available video included as Image 2 below. Hodges also saw law enforcement officers deploy chemical irritants into the crowd in an attempt to disperse them, and yelled "Freedom!" in the direction of the officers.



*Image 2: HODGES (circled) watches rioters wrestle over barricades with police*

11. Hodges remained in the West Plaza as the police line collapsed due to the actions of the mob.

12. She then proceeded to the Upper West Terrace, where officers in riot gear were attempting to clear the grounds and restore order.

13. Nonetheless, at 2:53 p.m., Hodges entered the U.S. Capitol Building through the Senate Wing Door. *See* Image 3 below. Rioters had overcome law enforcement and breached the door—for the second time that afternoon—only five minutes before Hodges' entry. As Hodges entered, rioters were entering and leaving the building through the broken windows to either side of the Door, and an alarm was ringing near the doorway.

*Image 3: Hodges (circled) enters the U.S. Capitol Building at 2:53 p.m.*

14. At approximately 3:07 p.m., about fifteen minutes after she entered, Hodges was present in the hideaway office of a United States Senator, immediately down the hall south of the Senate Wing Door. Hodges sat on a couch and unpacked the contents of her backpack, including the red hat she had been previously wearing and can of Coca-Cola, as depicted in a still image from a publicly available video included as Image 4.



*Image 4: Hodges (circled) in the U.S. Senator's Office unpacking the contents of her backpack*

15. While Hodges remained in the room, another rioter picked up a phone in the office and stated loudly, "Hello, U.S. Senate, we have a fraudulent election I would like to report. Yeah, we need to get our boy Donald J. Trump in office . . . ." After another rioter yelled, "Get Pence on the phone!", the first rioter responded, "Yeah, get Mike Pence on the phone." Hodges heard that conversation.

16. At 3:13 p.m., Hodges (now wearing her red hat and holding the Coca-Cola can) entered S-145, a conference room down the hall south of the Senate Wing Door and near the U.S. Senator's office. Hodges banged her fist on a table in S-145 as the crowd chanted, "America First." After another rioter warned others not to break anything, Hodges stated to him, "I'm not breaking anything. This is our house." Still images from a publicly available video depicting this are included below as Images 5 and 6.



*Image 5: As the crowd chants, Hodges (circled) bangs her fist on the conference room table in S-145*



*Image 6: Hodges states, "I'm not breaking anything. This is our House."*

17. At approximately 3:17 p.m., Hodges entered the Crypt, where she remained for approximately fifteen minutes. While in the Crypt, Hodges joined the mob's chants of "Whose

House? Our House!," as depicted in the still image from a publicly available video included below as Image 7.

*Image 7: Hodges (circled) joins chants in the Crypt*

18. At approximately 3:32 p.m., law enforcement officers, who were attempting to reassert control of the Capitol, directed rioters in the Crypt, including Hodges, out of the building. Hodges exited the Capitol through the Memorial Door at approximately 3:33 p.m. In total, Hodges spent approximately 40 minutes inside the U.S. Capitol Building.

19. After the FBI conducted a voluntary interview of Hodges in April 2023, Hodges disposed of the blue jacket and red baseball cap because she knew that the FBI would likely want them.

***Elements of the Offense***

20. The parties agree that Disorderly Conduct in a Capitol Building or Grounds, 40 U.S.C. § 5104(e)(2)(D), requires the following elements:

a. First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

b. Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

c. Third, the defendant acted willfully and knowingly.

21. Further, the parties agree that Parading, Demonstrating, or Picketing in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G), requires the following elements:

a. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

b. Second, the defendant acted willfully and knowingly.

***Defendant's Acknowledgments***

22. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that she willfully and knowingly engaged in disorderly and disruptive conduct in the U.S. Capitol Building and its grounds with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress—specifically, the Certification of the 2020 Presidential Election. Defendant further admits that she willfully and knowingly paraded, demonstrated, and picketed in the United States Capitol Building.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Michael L. Barclay*

MICHAEL L. BARCLAY
Assistant United States Attorney
New York Reg. No. 5441423
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
Michael.Barclay@usdoj.gov
(202) 252-7669

**DEFENDANT'S ACKNOWLEDGMENT**

I, Sandra Lee Hodges, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 4/29/24

Sandra Lee Hodges
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 4/29/24

Diana Pereira
Attorney for Defendant